UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MARCIAL ISAEL TORRES-SALINAS

CASE NO. 8:24-cr-353-KKM-UAM

18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

42 U.S.C. § 408(a)(7)(B)
(False Representation of a Social Security Number)

18 U.S.C. § 1015(e)
(False Claim of U.S. Citizenship)

## INDICTMENT

The Grand Jury charges:

JUL 30 2024 PM 4:03
FILED - USDC - FLMD - TPA

### COUNT ONE
(Aggravated Identity Theft)

On or about May 17, 2022, in the Middle District of Florida, the defendant,

MARCIAL ISAEL TORRES-SALINAS,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of F.T.L., and the Social Security number of F.T.L., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Two of this Indictment, Count Two being incorporated by reference, and during and in relation to

a felony violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Three of this Indictment, Count Three being incorporated by reference, and knowing that such means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT TWO
### (False Representation of a Social Security Number)

On or about May 17, 2022, in the Middle District of Florida, the defendant,

MARCIAL ISAEL TORRES-SALINAS,

for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned to him by the Commissioner of Social Security, when in fact such number was not the Social Security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT THREE
### (False Claim of United States Citizenship)

On or about May 17, 2022, in the Middle District of Florida, the defendant,

MARCIAL ISAEL TORRES-SALINAS,

did falsely and knowingly claim to be a citizen of the United States with the intent to

engage unlawfully in employment in the United States.

In violation of 18 U.S.C. § 1015(e).

A TRUE BILL.

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Joe Wheeler III
Special Assistant United States Attorney

By: _____
Karyna Valdes
Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34

~~July 24~~                             ~~No.~~

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## MARCIAL ISAEL TORRES-SALINAS

## INDICTMENT

Violations: 18 U.S.C. § 1028A(a)(1), 42 U.S.C. § 408(a)(7)(B) & 18 U.S.C. § 1015(e)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of July, 2024.

_C. Reaves_____
Clerk

Bail $_____