UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 8:24-cr-353-KKM-UAM

MARCIAL ISAEL TORRES-SALINAS

### NOTICE OF CORPORATE VICTIMS

Pursuant to this Court's Standing Order (Doc. 4), the following corporate entity is an interested party:

Archer Western-de Moya Group Joint Venture II

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Joseph H. Wheeler, III*
Joseph H. Wheeler, III
Special Assistant United States Attorney
Florida Bar No. 87451
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Joseph.Wheeler2@usdoj.gov

1

U.S. v. TORRES-SALINAS                    Case No. 8:24-cr-353-KKM-UAM

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel.

/s/ Joseph H. Wheeler, III
Joseph H. Wheeler, III
Special Assistant United States Attorney
Florida Bar No. 87451
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Joseph.Wheeler2@usdoj.gov